# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CALDERON,<br><br>    Petitioner,<br><br>  v.<br><br>B. BIRKHOLZ,<br><br>    Respondent. | Case No. 2:24-cv-06813-JGB (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Petition, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: December 16, 2024

              _____
              JESUS G. BERNAL
              United States District Judge